# In the United States Court of Federal Claims

|  |  |
|---|---|
| TRAX INTERNATIONAL CORP., <br><br> *Plaintiff,* <br><br> v. <br><br> THE UNITED STATES, <br><br> *Defendant,* <br><br> and <br><br> SOUTHWEST RANGE SERVICES, LLC, <br><br> *Defendant-Intervenor*. | No. 26-796 <br> (Filed: June 8, 2026) |

## ORDER

As discussed during the Joint Preliminary Status Conference, the Court adopts the below schedule. A principal brief must not exceed **thirty pages (forty pages for a cross-motion)**, or a response or reply brief **fifteen pages (twenty-five pages for a combined response and reply)**, unless a party receives leave to file from the Court. Items listed in Rule 5.4(b)(1)(A)–(C) of the Court of Federal Claims are excluded from these limits. Parties are reminded to comply with the Court's Standing Order (ECF No. 8).

| Event | Deadline |
|---|---|
| Administrative Record | **June 12, 2026** |
| Pl.'s Mot. for J. on Admin. R. | **June 25, 2026** |
| Def.'s Response and Cross-Mot. for J. on Admin. R. | **July 9, 2026** |
| Pl.'s Response to Cross-Mot. and Reply in Sup. of Mot. | **July 16, 2026** |
| Def.'s Reply in Sup. of Cross-Mot. | **July 23, 2026** |
| Joint Appendix | **July 24, 2026** |
| Settlement Conference | **On or by July 24, 2026** |
| Oral Argument (if any) | **July 29, 2026** |

**IT IS SO ORDERED.**

 s/ Carolyn N. Lerner
CAROLYN N. LERNER
Judge