# In the United States Court of Federal Claims

<table>
<tr><td>

TRAX INTERNATIONAL CORP.,

       *Plaintiff,*

v.

THE UNITED STATES,

       *Defendant,*

and

SOUTHWEST RANGE SERVICES, LLC,

       *Defendant-Intervenor*.

</td><td>

No. 26-796
(Filed: July 7, 2026)

</td></tr>
</table>

## ORDER

On June 22, 2026, Plaintiff filed a Motion to Complete the Administrative Record. ECF No. 28. Plaintiff's Motion is **GRANTED-IN-PART**. The Government **SHALL** produce the AI evaluation of Offeror A's proposal viewed by the SSEB as described in Paragraph 4 of the Plante Declaration. ECF No. 32-1. An explanation of this decision will be included in the Court's Opinion on the parties' Cross-Motions for Judgment on the Administrative Record. Before the Court rules on the remainder of Plaintiff's Motion, the Government **SHALL**, no later than **Thursday July 9, 2026**, supplement the Cox Declaration (ECF No. 32-2) as to Questions 1 and 2 and the Plante Declaration as to Question 3 below:

(1) What was Mr. Cox's role with respect to the White Sands Missile Range Mission Support Services (WSMR MSS) procurement (Solicitation W51EW7-25-R-A003)? Did Mr. Cox have any decision-making authority over or decision-making role in this procurement?

(2) Did Mr. Cox use FAST TRACK or any other AI tool to generate summaries or evaluations of the proposals for Offerors B and/or C?

(3) Other than Mr. Cox, did any individual with a decision-making role in this procurement view an AI-generated summary or evaluation of Offeror B's or Offeror C's proposal?

**IT IS SO ORDERED.**

 s/ Carolyn N. Lerner
CAROLYN N. LERNER
Judge