Redacted Version

**Declaration of** ███████████

I, ███████████, declare as follows, pursuant to 28 U.S.C. § 1746:

1. I am above the age of 18 and I am competent to testify regarding these matters based on personal knowledge.

2. I have served as a Department of the Army Civilian employee for 23 years at White Sands Missile Range, NM.

    a. I am a Mechanical Engineer and currently serve as an engineering team lead in the Optics Branch within Range Operations Directorate under the Army Test Evaluation Command (ATEC) at White Sands Missile Range (WSMR), New Mexico. I have been in this current position since June 2023.

    b. Prior to June 2023, I served as a Contracting Officer Representative (COR) within the Resource Management Directorate (RMD) from 2017-2023 for several contracts, including for Mission Support Services (MSS) Contracts No. W9124Q-07-C-0504 and W91151-19-C-0008.

    c. From 2014 to November 2017, I served as the Optics Deputy and Supervisor/team lead for the Optics Tracking Branch.

    d. From 2009 to 2014, I served as a Range Engineer.

    e. From August 2003 to 2009, I worked in Patriot Test Operations within the Materiel Test Directorate.

3. Relevant to the subject protest, I was the SSEB chairperson for WSMR Mission Support Services (MSS) solicitation W51EW7-25-R-A003. I was selected for this position in April of 2025. I was appointed as the SSEB chairperson on May 14, 2025. On May 15, 2025, I completed a non-disclosure agreement and conflict of interest statement certifying that "I will avoid any action, whether or not prohibited, that could result in or create the appearance of my losing independence or impartiality." The SSEB board consisted of 4 evaluators, including myself.

4. The purpose of this declaration is to dispel the assertion that AI was employed or relied on by the SSEB to conduct evaluations of three (3) offerors' proposals. Although the SSEB knew the identity of each offeror, we referred to each offeror as A, B or C. The board evaluated these proposals in the order of A, B and C. After completing the evaluations for Offeror A, a procurement analyst showed us on a projector screen the output of an AI tool that had processed a copy of Offer's A proposal. We collectively viewed it on the screen and did not receive digital or physical copies of that output. This occurred after we had completed the evaluation of Offeror A's proposal and the output of

1

Exhibit A

the AI tool did not cause the SSEB to subsequently amend or change Offeror A's evaluations. After reviewing the AI output for Offeror A's proposal, I and the other SSEB members concluded that the results were not useable and could not be used as a reliable tool. We did not see any AI outputs for Offerors B and C. Additionally, the SSEB did not independently use, test, or see any AI generated information related to Offerors B and C. At no point in time in the evaluations of offers B or C did the SSEB use, rely on or even consult AI tools during the evaluation of the offerers' proposal. Finally, the assessments and evaluations of all the offerors were based on human review of the proposals and any errors that may have resulted would be attributable solely to human error and not hallucinations.

As the SSEB Chairperson of the White Sands Missile Range (WSMR) Mission Support Services (MSS) Source Selection Evaluation Board (SSEB), I declare that neither I nor the SSEB used, tested, relied on or even attempted to use AI tools to aid or perform the evaluation of the offerors. I was guided solely by Sections L and M of the solicitation and the application of evaluation criteria against the proposals received. At no point during the SSEB evaluations, did AI tools aid, contribute to or assist in the performance of evaluations for any of the offeror's proposals. I would not have served as the SSEB Chair if I did not believe I could be fair and impartial in this role.

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 16, 2026, at White Sands Missile Range, NM.



Digitally signed by ▮▮▮▮
Date: 2026.06.16 14:08:38 -06'00'

SSEB Chairperson

2

Exhibit A