Redacted Version

## Declaration of ███████

## White Sands Missile Range Mission Support Services Protest

I, ██████, declare as follows, pursuant to 28 U.S.C. § 1746:

1. I am above the age of 18 and I am competent to testify regarding these matters based on personal knowledge.

2. I currently serve as a Procurement Analyst, Mission and Installation Contracting Command (MICC) Headquarters, Theater Support Center (TSC), Fort Sam Houston, TX. Since 2024, I have served in the role of Procurement Analyst with TSC.  From 2009 to 2024, I served as a Procurement Analyst at the MICC HQ.  In that role, my duties covered a large range of responsibilities to include serving as a member of a source selection evaluation board (SSEB) for facility maintenance requirements on two occasions and serving as the Lead for the Facilities and Construction Category Management Team.  My experience as a government contracting professional spans 30 years including seven years as an active-duty officer with the Air Force and 23 years as a government civilian with both the Air Force and Army.  I also have experience as an Air Force Contracting Officer with an unlimited warrant.

3. The purpose of this declaration is to clarify the use of Artificial Intelligence (AI) as it relates to the procurement of the White Sands Missile Range Mission Support Services (WSMR MSS) requirement.  A core component of my role as a Procurement Analyst assigned to MICC HQ is to execute the strategic vision of my leadership.  In both public and private entities, AI has been a keen area of interest as leaders seek to define the role this technology will play in the workplace.

4. In April 2025, my director asked me to participate in a demonstration of an AI tool, FAST TRACK.  On 1 May 2025, Army Contracting Command (ACC)-Detroit organized a virtual demonstration of an Army AI platform called FAST TRACK.  The developers and the MICC HQ leadership asked me to assess the capability of the AI tool, FAST TRACK, to determine whether it could be used in future source selections.  I and another individual from TSC were given access the AI tool.

5. After testing the tool using fictitious requirements documents, I was charged with assessing the output of the tool using real-world acquisitions.  I was not directed to test it on any specific procurements, but I was given clear instructions that none of the results generated from the tool would be used to inform the source selection evaluation boards for any real-world acquisition.  I decided to test the AI tool using materials from two procurements, one at WSMR and one at Dugway Range, UT, because they happened to be on-going at the time.

**Declaration of Wiley Cox**

For WSMR, I was informed that the SSEB had completed their evaluation of one offeror's proposal identified as Offeror A - █████. I inputted that proposal into the AI tool and presented the AI output to the SSEB. I showed them the output directly from my laptop, and none of the SSEB members received digital or physical copies of the output. I did not provide or share with the SSEB members information related to any other offeror, other than Offeror A - █████.

My analysis and testing of the FAST TRACK tool occurred apart from the WSMR SSEB and the output of the FAST TRACK tool was not incorporated into any aspect of this or any other SSEB evaluation. At the conclusion of my FAST TRACK analysis, I determined that it did not provide consistent output nor did it yield accurate results in every instance. Most importantly, MICC TSC executes the most complex source selections, often using a trade-off methodology to evaluate proposals and FAST TRACK was not able to provide consistent output or produce accurate results. This ultimately led me to conclude that FAST TRACK may not be the best resource for complex requirements that demand a depth of knowledge from the evaluator.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 26, 2026 at Joint Base Fort Sam Houston (JBSA), Texas.

Digitally signed by
█████████
Date: 2026.06.26 14:33:00 -05'00'

Procurement Analyst, Theater Support Center
Mission and Installation Contracting Command