## IN THE UNITED STATES COURT OF FEDERAL CLAIMS
### BID PROTEST

|  |  |  |
|---|---|---|
| TRAX INTERNATIONAL CORPORATION | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 26-796 |
| THE UNITED STATES, | ) | Judge Carolyn N. Lerner |
| Defendant, | ) | |
| and | ) | |
| SOUTHWEST RANGE SERVICES, LLC | ) | |
| Defendant-Intervenor. | ) | |

### PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
### TO FILE A CORRECTED BRIEF OUT OF TIME

Plaintiff TRAX International Corporation ("TRAX"), respectfully moves this Court for leave to file an amended, corrected version of Plaintiff's Memorandum in Support of Its Motion for Judgment on the Administrative Record that conforms to the page limitation established by the Court's June 8, 2026 Scheduling Order.

In support of this motion, Plaintiff states as follows:

1.      On June 25, 2026, Plaintiff filed its Memorandum in Support of Its Motion for Judgment on the Administration.  The brief was forty (40) pages in length, consistent with the page limitation applicable to initial briefs or memoranda by Rule 5.4(b)(1) of the Rules of the U.S. Court of Federal Claims.

1

2. Following service on and further discussions with Counsel for Defendants, Plaintiff realized that the Court's June 8, 2026 Scheduling Order imposed a more restrictive thirty (30) page limit for Plaintiff's initial briefing.

4. Plaintiff's noncompliance was inadvertent and resulted from mistakenly relying on the default page limitation contained in RCFC 5.4(b)(1), and having confirmed that the Court's Standing Order does not impose different page limitations on the parties.

5. Upon discovering the error, Plaintiff promptly prepared a corrected brief that complies with the Court's thirty (30) page limitation. The corrected brief contains no new legal arguments or authorities, but rather shortens the presentation to comply with the Court's Scheduling Order.

6. Consistent with RCFC 7.3, Plaintiff conferred with the parties and confirmed that neither objects to Plaintiff's filing a corrected, amended version of its brief.

7. Granting leave will not prejudice Defendants. Counsel for the Government and Southwest Range Services, LLC confirmed that granting leave will not affect the Defendants' ability to respond within the time provided in the Scheduling Order.

Plaintiff respectfully submits that good cause exists for granting leave to substitute the corrected brief in place of the previously filed version.

WHEREFORE, Plaintiff respectfully requests that the Court:

(i)     Grant leave to file the attached corrected amended brief;

(ii)    Direct the Clerk to accept the corrected amended brief as filed; and

(iii)   Grant any other such relief that the Court deems just and proper.

2

Respectfully submitted,

Dated: June 29, 2026

s/ Daniel P. Graham
Daniel P. Graham
MCDERMOTT WILL & SCHULTE LLP
500 North Capitol Street, N.W.
Washington, DC 20001
202-756-8890
dgraham@mcdermottlaw.com

*Lead Attorney for Plaintiff*
*TRAX International Corporation*

*Of Counsel:*
Tara L. Ward
Emily E. Fallin
MCDERMOTT WILL & SCHULTE LLP

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

|  |  |  |
|---|---|---|
| TRAX INTERNATIONAL CORPORATION | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.  1:26-cv-00796-CNL |
| v. | ) | Judge Carolyn N. Lerner |
| | ) | |
| DEPARTMENT OF THE ARMY, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| SOUTHWEST RANGE SERVICES, LLC, | ) | |
| | ) | |
| Defendant-Intervenor. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2026, I caused a copy of the foregoing to be served via email on the following:

Daniel Hoffman
United States Department of Justice
Commercial Litigation Branch
Civil Division
PO Box 480
Ben Franklin Station
Washington, D.C. 20044
E-mail: daniel.a.hoffman@usdoj.gov
*Counsel for Defendant*

Craig A Holman
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
Email: Craig.Holman@arnoldporter.com
*Counsel for Defendant-Intervenor*

Dated: June 29, 2026

s/ Daniel P. Graham
Daniel P. Graham
MCDERMOTT WILL & SCHULTE LLP
500 North Capitol Street, N.W.
Washington, DC 20001
(202) 756-8890
dgraham@mcdermottlaw.com

*Lead Attorney for Plaintiff*
*TRAX International Corporation*