**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

|  |  |  |
|---|---|---|
| TRAX INTERNATIONAL CORPORATION | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Case No. 26-796 |
| THE UNITED STATES, | ) ) | Judge Carolyn N. Lerner |
| Defendant, | ) ) | |
| and | ) ) | |
| SOUTHWEST RANGE SERVICES, LLC | ) ) | |
| Defendant-Intervenor. | ) ) ) | |

**PLAINTIFF'S UNOPPOSED MOTION TO SEAL**

Plaintiff TRAX International Corporation ("TRAX"), respectfully moves this Court for an order sealing ECF No. 34, TRAX's Motion for Leave to File a Corrected Brief Out of Time ("TRAX's Motion for Leave").

In support of this motion, Plaintiff states as follows:

1.	TRAX's Motion for Leave seeks to file a corrected version of TRAX's Memorandum in Support of Its Motion for Judgment on the Administrative Record (the "Corrected Memorandum"; ECF No. 34-1), which contains information subject to the Court's June 9, 2026 Protective Order (ECF No. 14).

2.	TRAX inadvertently failed to select the "SEALED Filings" menu in ECF when TRAX filed its Motion for Leave, resulting in the Motion for Leave and the attached Corrected Memorandum being filed in the Court's public docket.

1

3.     Plaintiff immediately discovered its error and contacted both Parties.  Consistent with RCFC 7.3, Plaintiff conferred with the parties and confirmed that neither objects to sealing TRAX's Motion for Leave and Corrected Memorandum.

WHEREFORE, Plaintiff respectfully requests that the Court order that TRAX's Motion for Leave to File a Corrected Brief Out of Time (ECF No. 34) and accompanying Corrected Memorandum (ECF No. 34-1) be sealed.

Respectfully submitted,

Dated: June 29, 2026

s/ Daniel P. Graham
Daniel P. Graham
MCDERMOTT WILL & SCHULTE LLP
500 North Capitol Street, N.W.
Washington, DC 20001
202-756-8890
dgraham@mcdermottlaw.com

*Lead Attorney for Plaintiff*
*TRAX International Corporation*

*Of Counsel:*
Tara L. Ward
Emily E. Fallin
MCDERMOTT WILL & SCHULTE LLP

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 29, 2026, I caused a copy of the foregoing to be served via email on the following:

Daniel Hoffman
United States Department of Justice
Commercial Litigation Branch
Civil Division
PO Box 480
Ben Franklin Station
Washington, D.C. 20044
E-mail: daniel.a.hoffman@usdoj.gov
*Counsel for Defendant*

Craig A Holman
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
Email: Craig.Holman@arnoldporter.com
*Counsel for Defendant-Intervenor*

Dated: June 29, 2026

s/ Daniel P. Graham
Daniel P. Graham
MCDERMOTT WILL & SCHULTE LLP
500 North Capitol Street, N.W.
Washington, DC 20001
(202) 756-8890
dgraham@mcdermottlaw.com

*Lead Attorney for Plaintiff*
*TRAX International Corporation*