**Redacted Version**

**From:** [redacted]
**To:** [redacted]
**Cc:** [redacted]; [redacted]
**Subject:** RE: Offeror B, Fast Track Analysis
**Date:** Tuesday, July 29, 2025 3:05:00 PM
**Attachments:** SRS FAST_TRACK_EXPORT.docx
image001.png

---

Hi [redacted]—I imagine it's only a matter of time before you request the AI output for Offeror C! I hope the evaluations are going well!

v/r,

[redacted]

[redacted]
Procurement Analyst, Theater Support Center
HQ Mission and Installation Contracting Command
2219 Infantry Post Road
Fort Sam Houston, TX 78234-1361
[redacted]

For a quick response, chat with me on Teams!

---

**From:** [redacted]
**Sent:** Monday, July 28, 2025 1:28 PM
**To:** [redacted]
**Cc:** [redacted]; [redacted]
**Subject:** Offeror B, Fast Track Analysis

Source Selection Information, See FAR 2.101 and 3.104

Hi [redacted],

Attached is the Fast Track AI analysis for Offeror B. You will notice that this one looks slightly different from the MS Word output that I shared last week. For the attached iteration, I was able to get the AI tool to assemble the document and automatically export it to MS Word. Last time, I had to manually cut/paste text into a separate document so I created my own headings to organize it better. Hopefully, this helps and just let me know if you have any questions!

[redacted]

v/r,

[redacted]

[redacted]
Procurement Analyst, Theater Support Center
HQ Mission and Installation Contracting Command
2219 Infantry Post Road
Fort Sam Houston, TX 78234-1361
[redacted]

For a quick response,
chat with me on Teams!