# Exhibit B

# REDACTED IN FULL