# Exhibit C

# REDACTED IN FULL